Recording Requested by
Private Attorney General
**When Recorded Mail to:**
Name: Eden L. Breland
Address: c/o 7107 Broadway Ave
Zip : Lemon Grove Ca( 91950)

FILED

08 MAR 27 PM 1:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0576 JM JMA
CP

United States District Court, Southern District of California

Space above this line for Recorder use only

**CRIMINAL COMPLAINT**
**Alien Tort Claim Act**
  **Affidavit of information**
  **Affidavit of Obligation/ Truth**
  **"True Bill in Commerce" By the**
  **Petitioner, (Eden L Breland),**
  **A.K.A., Creditor/ Lien Claimant**
  **Felony, High Crimes and Racketeering Influenced**
  **and Corrupt Organizations**

To:
California Attorney General Bill Lockhart
880 Front St. Rm 6293
San Diego, CA 92101

**18 USC (RICO)**

**A) Invasions of the Law of the Nations/ United**
**Nation Protocols : United Nation Resolution 189 and**
**UN Resolution 294 and 182 the International**
**Covenant on Civil and Political Rights, Article 12,**
**and United Nations Human Right Committee,**
**General Comment No. 27, also the Universal**
**Declarations of Human Rights, Article 13 and Article**
**1 section 10 of the Constitution for the united States**
**of America / the Hague Convention and Vienna**
**Conventions and the Protocol to aid National who in**
**Distress in or outside Sovereign Territory, Etc.**

**(18 United States Code 4 Federal Rules of Criminal**
**Procedure, Rule 3.**

**( Request for a Special Grand Juries Review)**

**THIS CRIMINAL COMPLAINT AND AFFIDAVIT OF INFORMATION/ TRUE BILL DOES**
**NOT ARISE FROM THE SUBJECT MATTER OF ANY PREVIOUS DISPUTES IN CLASS**
**ACTION.**

**Affidavit of Information/ Affidavit of Obligation (Affidavit of Truth) "True Bill in Commerce" in**
**support of a Criminal Complaint.**

CR

I, (Eden L Breland ), the Complainant/ Affiant in the instant matter, am reporting, by Affidavit of

Obligation, and am giving **(Public Caveat Notice, that the General Public Act Large is in Jeopardy ,**

**Due to the Outrageous Unethical Business Practice of Insolvent Private Corporation Willful**

**Violates UN Protocols, United Nation Resolution 189 and UN Resolution 294 and 182 the**

**International Covenant on Civil and Political Rights, Article 12, and United Nations Human Right**

**Committee, General Comment No. 27, also the Universal Declarations of Human Rights, Article 13**

**/ the Hague Convention and Vienna Conventions / Article 1 section 10 of the Constitution for the**

**united States of America and all Respondents  listed in below/ Malfeasants should be subjected to**

**this Alien Tort Claim Act ) Joinder of Claims from 1-3,000 Chapter 11  Reorganization**

 **(case no. 98-3-2705-TC )** to the office of the  California Attorney General believed to be the Competent

Authorities to which Knowledge of criminal action should be reported.  This "True Bill in Commerce"

Affidavit of Obligation is pursuant to 18 United States Code Section 4 (18 USC 4), the Federal Rules of

Criminal Procedure, Rule 3, Title 18 (18 USC) Section 4 States:

"Whoever, having knowledge of the Actual commission of a felony cognizable by a court of the United

States, conceals, and does not as soon as possible make known, the same to some Judge or other person in

civil or Military authority under the United States, shall be fined not more than $500.00 or imprisoned not

more than three years, or both." Federal Rules of Criminal Procedure Rule 3 States:

"The complaint is a written statement of the essential fact constituting the offense charged.  It shall be

made upon oath, before a magistrate." Pursuant to the Rome Convention, Etc.

**In order for a crime to exist, four elements must exist. First** there must be a clearly defined crime or criminal action. **Second**, there must be a victim. **Third that** the victim must have been damaged or injured, and **fourth,** the criminal intent must be established on the part of the accused. **Without proof of all four elements, no action can be considered criminal.**

In this matter the complainant affiant is the victim, the Commercial Affidavit set the complained issues and this criminal complaint defines the crimes, verifies the actual damages, and the intent was established by proof that the accused the President / Partnership of the Philippine Airlines, and Associates 1-10,000 and the Department of Homeland Security, the Philippine & U S. Immigrations

**PARTIES OF INTEREST**

Petitioner at all times mentioned is ( Eden Breland & Associates 1-100,000 John & Jane Does ).

Respondent at all times mentioned is Philippine Airline INC .& Associates/ the President / Partnership of the Philippine Airlines, INC. and Associates 1-10,000 and the Department of Homeland Security, the Philippine & U S. Immigrations

**STATEMENT OF FACTS**

**I Eden L Breland Acting Private Attorney General, declare and attest that information mention on how the General Public at large is in Jeopardy due to the Outrageous Unethical Business Practices, and Invasion of Insolvent Private Corporations the Philippine Airlines INC .and Associates listed in the above, inferred or Implied Airlines Ticket has been cancel , due to some New Law that was pass, Making it Mandatory that before any fund are received to get a Airline Ticket , one must show Required Proper Identifications Document 's ( 1) Passport / (2)Visa) to Travel , as a Tourist , and Etc.**

**The Affirmative fact, that the Insolvent Philippine Airlines Inc. Manager Associates who Acting as a Consular General , for the Philippine Embassy knew should have known that the General Assembly of the United Nation set Rule –of- Law ,Guide lines according to the universal**

-3-

Declaration of Human Rights/ Delegated to Member the Freedom of Movement/ the Liberty of

Movement / Emigrations which is not open to any Reinterpretations,  and this includes


UN RESOLUTION # 194 Prohibits the use of  ANY EX POST FACTO LAWS,  Changes the legal

consequences of acts or legal status of facts, the DHS or U.S. Policy under the Secrecy Act, the

Identity Project, the Real I.D. Act, Western Hemisphere agreement, Rules and Regulations, of the

United States (and also subjected to its Created Subdivision Municipal state agencies  )  is a

member  state /Charter of the United Nations  , and has a Obligations to uphold,   the International

Covenant on Civil and Political  Rights, Article 12, and United Nations Human Right Committee,

General Comment No. 27, also  The Universal Declarations of Human Rights, Article 13 / the

Hague Convention and  further invasion of the Vienna Conventions and the Protocol to aid

National who in Distress in or outside Sovereign Territory . No where it mention that Delegation of

Authority for the Philippine Embassy to a Private Corporation Philippine Airlines, Inc. Manager

Act as a Consular General , and Stipulates additional Require contrary to the UN Resolutions , the

Ultimate fact, The Philippine Airlines INC. Knew or should have known, according to the United

Nation Protocol even if  a National over stay their visit  & was fine on a Sovereign Territory  of the

United States , Pursuant to Article 12  this Foreign National is still Protected under  the Universal

Declaration of Human Rights, who grant the Freedom of Movement also the freedom to choice his

or her Resident".

   I Eden Breland  further declare and Attest of dual Citizenship , Philippine National/ Global Citizen and

American National through Marriage of USA Citizen ,  Make Reservation of Rights , Waiver None Ever

, pursuant to The General Assembly of the United Nation , further set rules- of -law through  the

UN Resolution #63 It mention how Deeply Disturbing it is to see the quality of information on the stage

of the union in every member nation is widely disregarded to ignorance by the world because of lack of

Knowledge , the United Nation further Mention it Condemn the Practice of  Misinformation of the

Government wish not to share the every day occurrences, the United Nation Resolution#63 Further

Mention how the UN is Convinced that the New Standard of Freedom of Press is a vital part of every

nation's fundamental right of expression and a vital part of every human Right to the truth and

Knowledge of one's given country and one's perception of the other countries, the UN Further Mention

how the freedom of press allow objective member of society to highlights the good and the bad of a given

nation and to allow for member of the nation and member not of that nation to see an unbiased account of

the current state of a given country, and this is why my Primary Reason to Invited the International Press ,

who Personal interview from Philippine Government Representatives , also Assistance Secretary of the

Philippine Embassy , and the Philippine Immigrations, down to Private Corporations : Philippine

Airlines, this Reporter of International Press also came to the same conclusion and was disturbed of the

Water down information, and the Ultimate fact I personal made Copies and its **Memorandum Point of**

**Authority of International Protocols of the United Nation & Its Resolutions; 189 and**

**UN Resolution 294 and 182 the International Covenant on Civil and Political Rights, Article 12, and**

**United Nations Human Right Committee, General Comment No. 27, also the Universal**

**Declarations of Human Rights, Article 13 / the Hague Convention and Vienna Conventions and**

**CAVEAT NOTICE OF TITLE 5 , 556 (d) CHALLENGE WITHIN 24HRS ,**

**DISPLAY THE BURDEN OF TRUTH, GIVE DISCLOSURE, OF REQUIRED**

**IDENTIFICATIONS TO TRAVEL, ON THE INTERNATIONAL AIRLINES PURSUANT TO**

**THE FREEDOM OF INFORMATION ACT/ PRIVACY ACT, Under What Executive Order or**

**Delegation Authorities to the Insolvent Philippine Airline INC. and Associates,**

 **To Police the General Public at Large , to at as a Official of the United Nations, or as a Consular**

**General from around the World.**


 I Eden L. Breland have reason to believed , that the Philippine Airline & Associates should be

subjected to this Alien Tort Claim Act, for damages of willful human Right Violation, listed in below ,

for the Direct Willful Invasions of International Protocols of the General Assembly of the United Nation , and for Current Practice of Denied one the Freedom of Movement , the Liberty to Choose one place of Resident within the border of each state, and Denied Right to leave any country , including his own and Return to his country, Mention in Article 13 of the Universal Declaration of Human Rights, which made No Allowance for Reinterpretations .

   I Eden L. Breland have reason to believed, that the Created state agency of the United States , Home Land Security /  U.S. Immigration should be subjected to this Alien Tort Claim Act, yes it is true our Border should be Protect, without the Infringements of Human Rights Violation  is No Justification, for this is why Both Article 1 section 10 , Prohibit the Use of EX POST FACTO LAWS AND  the United Nation Resolution #194  Also   Prohibited THE USE OF EX POST FACTO LAWS,

 **( The Real I. D. Project / the Identity Project/ The Western Hemispheres agreement/ Silent/ Secret Act** For the United Nation Mention Ex Post Facto Laws, Violate Both the Rule of Law,  and the Right of Person to Fair Treatment.

  The Affirmative Fact , also The General Assembly of the United Nation  & UN Resolution #198 Mandated  that Member Nation must refrain from hinder the Immigration of Persons from their Nation Gives Emigration Rights , The  Primary Directives and Spurious Attempt by the Managers/ Associates of the Insolvent  Philippine Airlines , INC. Unethical  Political  Business Practice  are  Discriminatory Practice Profiled are aim against certain Asian / Minority  Races to hinder /Migrations to travel /Crowd Control  from the Freedom of Movement and Liberty of Movement and  freedom of choice of Resident, is willful,  Malice, evil and Deliberated  intent to Cause Serious Injury   against  the Petitioner and the General Public at large Human Right , by the Philippine Airlines and Associates, Unethical  Political Business Practice  scheme Camouflage Human Right Violations  by    infer or implied that Proper Identification / Documents  to flight are Requirement ( Passport / Visa )must be Presented , this Conclusion of law , was only word of mouth , No Copies of Legal Authority , No Corporate Memo: it was only mention to go on the Internet and get What ever Order /Policy of Proper Identification is

Required to Travel, and the Ultimate Fact, by **The General Assembly of the United Nation Resolution Rule- of Law , show the Contrary  Requirement of Policy of the Homeland Security a created agency of the United States can not supersedes the law of the United Nation, if the United Nation is Obligated to uphold the UN Protocols, any thing the United States Creates is Also subjected to the Rule –of-laws of the United Nation,** all Respondents Philippine Airline  INC .& Associates Philippine Immigrations/ the President / Partnership of the Philippine Airlines,  INC. and Associates 1-10,000   are in default due to Breach of Duty, and Failure to cure, Etc.


Secret Hiding  laws for  / **Domestic Mixed War-** a mixed war is one which is made on one side of Public Authority, and the other by mere private person, (Black's Law Dictionary 5th Ed. Page 1420). War does not exist merely because of an armed attack by Military forces of another nation until it is a condition recognized or accepted by political authority of Government, which is attacked either through an actual declaration of war or other acts demonstrating such, criminally under Title 18, Section 4, civilly under Title 42, Section 1983, 1985, 1986, position emphasis added: (Sun. V. Sun Life Assure Co. Of Canada, D.C. 57 F Supp. 620, 621)

Mixed war is the disintegration of peace: Webster's states: "A State of hostility, conflict, or antagonism, a struggle between opposing forces," not necessarily open, violent, armed confrontations, although a continued state of disrupted peace by any forced lead to open armed conflict.

The Insolvent President / Partnership of the Philippine Airlines, and Associates 1-10,000 and the Department of Homeland Security, the Philippine & U S. Immigrations  did act in the scope of office and in their private capacity are hereby accused of the following crime against, and violation of the rights of the Public at Large and the  International Communities/ Universal Declaration of Human Rights or obligation are secured, preserved or defined by the Constitution, art.1 sec. 10, clause 1 and also Article 1 section 9 clause 3- Bill of Attainder to prevent such abused by government officials by their oath to support said Constitution; (67 CJS, Officers, Section 46, and Oaths) Sec (15 USC).

Malfeasance of office by such wrongful action, these individuals have acted with malfeasance under the Co lour of office and International law , Mental state was to cause willful and deliberate injuries and harm, by Misrepresentation &  conspiracy of the General Public at Large , from the President / Partnership of the Philippine Airlines, and Associates 1-10,000 and the  Department of Homeland Security, the Philippine & U S. Immigrations  and willfully acted under the color of state law and office are guilty of misconduct in office whether  enforcement of Silence /Secret code /public or private.

**Treason-**

**Treason** is defined as the Assault against the Authority to which one owes allegiance.  It is one of three specific crimes named in the United States Constitution.  It requires that one commit an act of war against the Constitution ( **World Constitution**) or giving aid and comfort to an enemy, such clearly, action by government officer and such private officer who have privileged authority in Commerce by the Constitution, in specific connection to the above violation.  Malfeasance of office along with violating their oath of office and in the related connected activities here in as listed below is nothing short of Treason.

In addition to and along with the above cited Damages cause by Human Right Violations, the accused's acting in concert with such so the President / Partnership of the Philippine Airlines, and Associates 1-10,000 and the Policy of Department of Homeland Security, the Philippine & U S. Immigrations, Created state agencies of the United States are Complete such acts as listed as follows:

**Obstructing enforcement** (a) whoever holds, or returns any person to a condition of Restraint with the intent of placing him or returning him to a condition/ violation of civil/ human rights shall be fined under Title or Imprisoned not more than 10 years or both.  (b) Whoever obstruct, or in any way interfere with, or prevent the enforcement of this section shall be liable to penalties prescribed in

subsection (a) Source (June 25, 1948) ch. 645, 62 Stat. 772 Pub. 1-103-322, Title xxxiii sec 330016 (1) R)

Sept. 13 1994 108 stat. 2147. Pub. 104-208 Div. Title 2 Sec 218 (a) Sept. 1996. 100 Stat. 3009 J 73.

**Fraud- Misrepresentation**

Permitting shown and demonstrated Acts under the Status of fraud and ( EX POST FACTO

LAWS) Actively participating in a scheming conspiracy of untruths and misrepresentation to deceived

the Public at Large and those who entrusted themselves in dealing in good faith, while specifically acting

**in deliberate bad faith within such fraud was shown** (Cal. Penal Code sec. 532 18 USC 1001).

**Conspiracy-**

A confederation of two or more individuals who may not know each other but by their joint

effort, commit some unlawful or criminal act.(Black's Law Dictionary). Multiple officials, agents, and

other persons named properly noticed by the attached commercial affidavit and the President / Partnership

of the Philippine Airlines, and Associates 1-10,000 and the Department of Homeland Security, the

Philippine & U S. Immigrations who under a color of official right and appearance and color of law,

continued to perform such acts to continue to Invade UN Protocol and UN Resolution, to enforce

additional Revenue /Penalty to Travel under the status of fraud **to hinder to Freedom of Movement**

**including    (Eden L. Breland) and the general public at large.** (California Racketeering Act 18 USC

1961 et. Seq.)

Racketeering

Is the combination of the above identified crimes. Title 18 United States Codes Section 1961

(RICO) defines it as involving a host of patterned criminal actions that includes but is not limited to an act

or threat of murder, kid napping, gambling, arson, and as in the instant case, robbery, bribery, extortion,

Fraud, slavery, misrepresentation, etc..

-9-

The explanation of crimes Element, Human Rights Violation, mention in above stem from other hidden Silent / Secret Ex Post Facto Laws, being forced upon the general public at large/ the People of this California Republic and the International Communities.  Such Crimes and this Affidavit of Information, is registered in the overall context of the Bankruptcy of the United States the, District of Columbia) as per Jurisdiction set for In the U.S. Constitution Article 1, section 8, clause 17, and 18 and Article 4, Section 3, clause 2) the United States Bankruptcy is a direct result of the Federal Reserve act of Dec. 22, 1913, in which the delegated authority of Congress to be Responsible for the Nation's currency was unconstitutional and was clearly reiterated on march 17, 1993 on the floor of the House of Representatives by James Traficant, Jr. (Ohio) addressing the House, it is recorded in the United States Congressional Record, Wednesday, March 17, 1993, vol. 33 page HI303:

"Mr. Speaker, we are here now in chapter 11, member of congress are official trustees presiding over the greatest reorganization of any bankrupt entity in world history.  The U.S. Government," he further mentioned, "the U.S. attorney general the "permanent member" to the Secretariat of the Interpol operation and the Secretary of the Treasury , the "alternate permanent member" under article 30 of the constitution , and regulation of Interpol 22 USC 263 (a), **the agents are required to renounce their allegiance to their respective countries and expatriate consequently, all "public servant" official, Congressmen, politician, Judges, attorney, law enforcement personnel, the states and their various agencies are express agents of the foreign principal.  Private Municipal Corporation in behalf of the United States A) A Federal Corporation title 28 U.S.C. Section 300(5) chapter 176 mentions in the United States is a Corporation 534 federal supplement 724.**

**This RICO enterprise should be subject to 28 USC sec 4 of the commission of crimes cognizable by a court of the United States.**  Title 18 USC sec 513 mentions: "Whoever makes, utters, or possesses a counterfeited security of **a State or political subdivision thereof or of an organization**, or whoever makes, utters, or possesses a forged security of a state or political subdivision thereof, or

-10-

organization **with intent to deceive another person, organization, or government shall be fined not more** than $250,000 or imprisoned not more than ten (10) years or both." Among securities defined at 18 USC sec 2311 is included: **"evidence" of indebtedness, which in a broad sense may mean anything that is due and owing, which would include a DUTY, OBLIGATION, OR  RIGHT OF ACTION.**

**Waiver of Contractual Right of Implied Contracts, agreement Between the Parties**

 **Caveat Notice:** provisions of this Implied agreement between the Parties, shall not be construed as a waiver or limitation of that Secure Party's right agreement. The ( Eden L. Breland ), shall not be deemed to have waived right under this agreement unless such waiver is given in writing and signed by All Right Reserved Waiver ,None Ever  No delay or omission on the part of the Secure Party's Eden L. Breland in exercising a right shall operate as waiver of such right or any other right.  A waiver by the Secure Party's Eden L. Breland of a provision of this agreement shall not prejudice or constitute a waiver of the Secured Party's  Eden L. Breland  at all time mention has the right otherwise to demand strict compliance with that provision or any other provision of this agreement.  No prior waiver by (Eden L. Breland) nor any course of dealing between  (Eden L. Breland), and the Debtor the President / Partnership of the Insolvent  Philippine Airlines, and Associates 1-10,000 and the  Department of Homeland Security, the Philippine & U S. Immigrations  and Associates/ Malfeasant's shall constitute a waiver if Default for failure to Cure All Human Rights Violation of the Secure Party within time specified , said Breach of Duty , Forfeitures of All Respondents/ Debtor  are obligations under this agreement as to future Transactions, Pursuant to the Guideline of Article 9of the Uniform Commercial Code / United Nation Convention on International Bill of Exchange, The Rome Convention,  Title 11 Adversary Proceeding according to Bankruptcy Code , further Waiver of Rights of PSEC Two Set Rules, of Procedure in the Securities and Exchange Commission,, as Amended, fix rules of procedure governing all types of proceeding before the PSEC and are very similar to the Federal Rules of civil Procedure  used by United

-11-

States Courts. Waiver also of the Proposed rules of Procedure of the Securities and Exchange

Commission for Suspension of Payments would establish rules applicable only in suspension of Payment

cases . Waiver of Rights to  101(5) of the Bankruptcy Code,  and section 54-70 Right to Payment ,

Waiver also includes Section 2242 / Section 2244 / Section 2246-50 provide that property shall be used to

satisfy those creditors who have a lien against  the Property , and that the lien-holder shall be paid pro rata

,whether reduce to Judgment , Liquidated, fixed contingent, secure or unsecured; or right to equitable

remedy for breach of performance is subjected to the Remedies under the guideline of Article 9 of the

Uniform Commercial Code , further agreement between the Parties, waiver to the Insolvency Act/

Proposed rules 18 (g)  and decisions of PSEC are subject to review by the Philippine court of appear and

by the Philippine Supreme Court  and  the Secure Party /Lien Claimant who has a lien against said

property , and the lien holder shall be paid pro rata if the value of the property is insufficient to pay all

lien holders in full,  whenever the consent of is required under this Agreement, the granting of such

consent by the secure party in one instance shall not constitute consent over the whole.

UNITED NATIONS RESOLUTION #26

# The Universal Bill of Rights
## A resolution to improve worldwide human and civil rights.

**Description:** Recalling the many egregious infringements of human rights,

Recognizing the need to protect basic human rights,

Deploring any acts by government at the sake of human rights,

Determined to put an end to the violation of human rights,

The United Nations shall endorse what will be called the Universal Bill of Rights, the articles of which are as follows:

Article 1 -- All human beings have the right to choose worship any faith, and to change their religious beliefs at any time without punishment on the part of the state.

Article 2 -- All human beings have the right to express themselves through speech and through the media without any interference.

Article 3 -- All human beings have the right to peacefully assemble.

**Article 4 -- All human beings have the right to be treated equally under the law of any member nation**

UNITED NATIONS RESOLUTION #194

# No Ex Post Facto Laws

A resolution to improve worldwide human and civil rights.

**The General Assembly of the United Nations hereby:**

Defines, for the purposes of this resolution, an ex post facto law as one that retroactively

changes the legal consequences of acts or the legal status of facts and relationships that

existed prior to the enactment of the law. This includes laws that criminalize acts which

were legal when committed and laws which retroactively increase sentences for crimes

already committed;

**Description: Believing that ex post facto laws are violations of both the rule of law**

**and the right of persons to fair treatment.....**

(II) **No nation or governmental subdivision thereof shall enact any law with**

**Ex Post Facto provisions. Any ex post facto provisions in existing laws shall be**

**rendered null and void**.

UNITED NATIONS RESOLUTION #63

# Freedom of Press

A resolution to improve worldwide human and civil rights.

**Description:** CONVINCED that the freedom of press is a vital part of every nation's
fundamental right of expression and a vital part of every human's right to the truth and
knowledge of one's given country and one's perception of other countries. Freedom of press
allows objective members of society to highlight the good and the bad of a given nation and to
allow for members of that nation and members not of that nation to see an unbiased account of
the current state of a given country.

-14-

DEEPLY DISTURBED by the quality of information on the state of the union in every member nation is widely disregarded to ignorance by the world because of lack of knowledge. Freedom of the press gives precedence to expanding the knowledge base of the current state of member and non-member nations alike.

CONDEMNING the misinformation of governments to the world that wish not to share the everyday occurrences in a given country through strict control of what can and cannot be reported by all forms of the press.

1. APPEALS to all member nations to enact legislature to allow immediate freedom of the press within their borders.

2. URGES all member nations to send the press to neighboring countries, far away countries, and even to areas of combat to bring back the full story to its citizens.

3. RECOMMENDS all members promote and expand the reaches of press within their given countries so that all citizens have some access to the news.

4. SUPPORTS all member nations in an effort to expand their news capabilities with needed funds, government assistance, and trade agreements to conform to the new standards of freedom of press.

UNITED NATIONS RESOLUTION #53

# Universal Freedom of Choice

A resolution to improve worldwide human and civil rights.

**Description:** Aware that sometimes, all choices we face are an illusion, but nonetheless strongly believing that as humans, we are entitled to make them ourselves,

Reiterating that freedom of choice is a defining element of our very humanity and the inalienable right of all humanity,

Alarmed that there are those among us who seek to limit our ability to choose, including but not limited to political, educational and consumer choice,

Further alarmed that individuals can be influenced and their ability to decide limited through cultural conditioning,

**Deeply disturbed that** the practice of subliminal advertising appears to erode the **fundamental human trait of free will,**

Noting with concern that in the wider world, the populations of entire nations repeat non

sequitors issued by the State and remain in profound ignorance of the world around them,

Recalling the Resolution "Universal Bill of Rights" and Articles 1, 2 and 3 in particular,

Approving of past Resolutions restricting personal freedoms in the interests of moral decency,

Stressing that humanity has an innate curiosity about the world, and welcoming all efforts to permit this curiosity to reach its full potential,

1) **Urges all members of the United Nations to recognize that a populace granted the freedom to make choices in life is a happier, more content and more productive society;**

2) Strongly encourages leaders to imagine how different the world could be, if from an early age, people were free to exercise genuine choice in what they read, watched and learnt;

3) Recognizes that the most basic human characteristic is that of curiosity - the ability to wonder, ask questions, and seek answers, and affirms its belief that no State should limit its people's freedom to do this;

4) Expresses its conviction that individuals should not be judged by society for the decisions they make, provided these decisions meet the condition set in Clause 5a of this document;

5) Declares and enshrines in law the freedom of all people to make choices according to their own conscience, particularly with regard to their philosophy of life, social/cultural development and awareness of the world, without unreasonable interference from the State, subject to the following limitations:

a) The decisions taken do not directly inflict physical harm on the individual making them or physical or psychological harm on others; where this is the case, normal criminal law of the country in question applies,

b) The legal guardian of any minor or physically or mentally incapable individual, the latter as defined in the Resolution "Fair Treatment of Mentally-Ill", remains responsible to make informed choices and decisions on their behalf, in accordance with any applicable rights and health and safety legislation laid down by the State,

c) **The right to choose with regard to services** only extends to existing services, and does not mandate the creation of private health and education sectors in nations where provision of public services is a State monopoly, while the right of the State to later deregulate nationalized services, or choose not to do so, remains unaffected;

6) Declares a moratorium on the use of subliminal advertising pending independent

internationally-coordinated research into its effects on the capacity of individuals and wider society to make rational decisions.

UNITED NATIONS RESOLUTION #198

# Emigration Rights

A resolution to improve worldwide human and civil rights.

**Description:** RECOGNIZING that, within the many varied cultures of the United Nations, people may at times have reason to leave their nation of residence in the pursuit of refuge, opportunity, or escape from persecution or injustice;

WISHING to establish that right in international law;

**The General Assembly of The United Nations:**

1 - **DECLARES it a right of persons to emigrate from their nation of residence;**

2 - **MANDATES that member nations must refrain from hindering the emigration of persons from their nations;**

3-**SPECIFICALLY EXEMPTS** from that mandate and declared right persons who are either undergoing ongoing legal proceedings or any subsequent sentence; those below the age of consent within their home nation who lack consent of parent(s) or guardian(s); those mentally incapable of making such decisions; those who would pose a public health risk; those whose presence is required by a court of law; or those being held as prisoners of war during times of conflict;

4 - STRONGLY ENCOURAGES member nations to facilitate the travel of persons fleeing hostile situations including, but not limited to, war, civil unrest, ethnic or racial persecution, or governments that are viewed as oppressive or unethical by the fleeing persons, to locations that are more friendly towards the person;

5 - EMPHASIZES that this resolution in no way affects the policies of any member nation concerning entry into its sovereign territory;

**UCC 3-103 fraud, misrepresentation, duress, Estoppels, Bankruptcy, principal and agent law of contract.**

UCC 3-103. Duty to act in good faith requires honesty not dishonest/ reasonable Commercial Standard of fair Dealing.

UCC 403. Filing Public Record or upon Acceptance by Filing offer.

UCC 1-201 (11) **offer/ consideration/ Acceptance**

**UCC 1-105 Territorial, Application of the act, practice, Power to choose, Application Law, choose law, conflict of Law.**


**Payment of Three Billion Dollars, Lawful Money U.S. $3,000,000,000.00**

**Or Partial Assignment of $ 100, 000,000.00 Per day**


| Nature of Crime | Damage Penalty | Authority of Damage |
|---|---|---|
| Invasion of International Protocols | $100,000.00 | $ 18USC 1001 |
| Under the Status of fraud/Ex Post Facto laws | | |
| 3 counts theft of exemption | $500,000.00 | $ 18 USC 872 |
| from count 3 (felony) (18USC 2112) no | $250,000.00 | $18USC 3571, 3623 |
| Conspiracy | $100,000.00 | $18USC, 241 |
| Racketeering (Criminal) | $250,000.00 | $18USC, 1963 |
| Grand theft Larceny | $250,000.00 per day | $18 USC 872 |

See attachment: **Bill of Exchange** upon default

Subtotal amount, see attachment (A)

Racketeering (Civil Value) Whatever the actual damages are, that can be proven, multiplied by 3, triple the damages.

$10,000.00 x 3 = $ 18 USC, 1964


100 Human /Constitutional Violations

| | |
|---|---|
| (Human Rights violation) | $ 500,250,000.00 |
| from count 13 | $ see attachment |
| Partial Assignment  table total | $ 100,000,000.00 |
| Racketeering civil penalties | $ upon default, see exhibit of Bill of Exchange for said amount of Three Billion Million Dollars. |


I, (Eden L. Breland), attest and affirm that the above information mentioned in this affidavit of truth is True and correct to the best of my knowledge and belief of Events that has taken Places on or around Feb. 2008 anything mention in the Affirmative should be view as true and correct also    Caveat Notice , of Delegation of Authority  within 7 days , to the Private Attorney General to Prosecute , this Alien Tort Claim Act in behalf of Foreign National/ General Public at Large  in Rome According to the Rome Convention of the Alien Tort Claim Act, Or can please give me your legal Authority,  if you choose not to prosecute, why each member doesn't fall in the realm of criminal prosecution of this Alien Tort Claim Act  for Human  Right violations  of the United Nation International Protocols, Resolutions189 and UN Resolution 294 and 182 the International Covenant on Civil and Political Rights, Article 12, and United Nations Human Right Committee, General Comment No. 27, also the Universal Declarations of Human Rights, Article 13 / the Hague Convention and  Vienna Conventions and the Protocol to aid National who in Distress in or outside Sovereign Territory,  mentioned in the above.


Henceforth Submitted

*Eden L. Breland*

Eden L Breland / Private Attorney General

UCC-1 207.7 "Without Prejudice"


-19-

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Eden L. Breland )
)
)
**Plaintiff** )
)
**vs.** )
)
Philippine Airlines, Inc. )
⌐ Associates )
)
**Defendant** )

NO. _____

### DECLARATION OF SERVICE

Person served:
Philippine Airlines, Inc -
See below

Date served:
3/27/08

I, The undersigned declare                    that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

Criminal Complaint Alien tort Act.

In the following manner: (check one below)

1) ____ By personally delivering copies to the person served.

2) ____ By leaving, during usual office hours, copies in the office of the person served with the who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ____ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) X By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on 3/27/08

Executed on 3/27 , 2008 at San Diego, California.

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

EIDEN L. BRELAND

**(b)** County of Residence of First Listed Plaintiff   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
c/o 7107 BROADWAY AVE.
Lemon Grove, CA (91945)

## DEFENDANTS

PHILIPPINE AIRLINES INC.
0100 Quiahot Pasay Ave., 8th Floor
Paseo Julian Centre P.O. Box 7600, Philippines

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

08 CV 0576 JM JMA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
☒ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

### FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

### PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
31 Torts 31 Ch. 9t 18 USC (RICO) Sect. 4
Brief description of cause:
Tort Claim (RICO)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY  3/19/08
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE  3/19/08
SIGNATURE OF ATTORNEY OF RECORD
x Eiden L. Breland

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____